## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

DARYL RICHARDS, LORETTA S. )
BELARDO, ANGELA TUITT-SMITH, )
BERNARD A. SMITH, YVETTE )
ROSS-EDWARDS, AVON )
CANNONIER, ANASTASIA M. )     2018-CV-4
DOWARD AND JOANNA MEYERS, )
                    Plaintiffs, )
                              )
          v.               )     **JURY TRIAL DEMANDED**
                              )
BANK OF NOVA SCOTIA, )
                 Defendant. )
                              )

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs  voluntarily dismiss the above- entitled action without prejudice.

Respectfully submitted,

**COLIANNI & COLIANNI, LLC**
Attorneys for Plaintiffs

DATED: March 20, 2018      By: /s/ Vincent Colianni, II
                                    Vincent Colianni, II
                                    V.I. Bar No. 768
                                    Vincent A. Colianni
                                    V.I. bar No. 13
                                    1138 King Street
                                    Christiansted, VI 00820
                                    Telephone: (340) 719-1766
                                    Facsimile: (340) 719-1770
                                    mailbox@colianni.com